**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Emily A. Horne (State Bar No. 347723)
Jenna L. Gavenman (State Bar No. 348510)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
　　　　ehorne@bursor.com
　　　　jgavenman@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL GALARSA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>　　v.<br><br>ASTRAL HEALTH & BEAUTY, INC. d/b/a PUR COSMETICS,<br><br>　　　　Defendant. | Case No. 4:22-CV-07020-HSG<br><br>**STIPULATION AND ORDER RE: BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>Hon. Haywood S. Gilliam, Jr. |

Plaintiff Rachel Galarsa ("Plaintiff") and Defendant Astral Health & Beauty, Inc. d/b/a PUR Cosmetics ("Defendant") (collectively the "Parties") respectfully submit this Stipulation and [Proposed] Order Regarding the Briefing Schedule on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint. (ECF No. 28.)

WHEREAS, Plaintiff filed this action on November 9, 2022. (ECF No. 1.)

WHEREAS, Defendant filed a Motion to Dismiss on February 10, 2023. (ECF No. 15.)

WHEREAS, Plaintiff filed a First Amended Complaint on February 24, 2023 (ECF No. 20.), whereon the Court entered an Order terminating the prior motion to dismiss and directing Defendant to file any revised motion to dismiss by March 10, 2023, with such motion set to be heard on June 15, 2023. (ECF No. 24.)

WHEREAS, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint on March 10, 2023. (ECF No. 28.)

WHEREAS, Plaintiff's opposition to Defendant's Motion to Dismiss is currently due on March 24, 2023, and Defendant's reply brief is currently due on March 31, 2023.

WHEREAS, the parties met and conferred on March 14, 2023 and agreed to a briefing schedule for Defendant's Motion to Dismiss.

NOW, THEREFORE, the Parties have agreed, subject to the Court's approval, that Plaintiff's opposition to the Motion to Dismiss will be due on or before April 17, 2023, and Defendant's reply will be due on or before May 1, 2023. The Parties have also agreed, subject to the Court's approval, that the hearing on Defendant's Motion to Dismiss will remain on June 15, 2023 at 2:00 p.m. per the Court's prior Order.

IT IS SO STIPULATED

Dated: March 16, 2023                **BURSOR & FISHER, P.A.**

By:        */s/ L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Emily A. Horne (State Bar No. 347723)
Jenna L. Gavenman (State Bar No. 348510)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455

|   |   |
|---|---|
|   | Facsimile:  (925) 407-2700<br>E-Mail: ltfisher@bursor.com<br>　　　ehorne@bursor.com<br>　　　jgavenman@bursor.com |

*Attorneys for Plaintiff*

| Dated:  March 16, 2023 | **BALLARD SPAHR LLP** |
|---|---|
|   | By:  /s/ Scott S. Humphreys |
|   | Scott S. Humphreys (SBN 298021)<br>humphreyss@ballardspahr.com<br>Aliza Karetnick, *pro hac vice*<br>karetnicka@ballardspahr.com<br>Emilia L. McKee Vassallo, *pro hac vice*<br>mckeevassalloe@ballardspahr.com<br>2029 Century Park East, Suite 1400<br>Los Angeles, CA 90067-2909<br>Telephone: 424.204.4400 |
|   | *Counsel for Defendant Astral Health & Beauty, Inc.* |

### **ATTESTATION OF E-FILED SIGNATURE**

I, L. Timothy Fisher, attest that concurrence in the filing of the document has been obtained from Defendant's counsel, and that Defendant's counsel agreed to this stipulated extension.


By:     /s/ L. Timothy Fisher
　　　　L. Timothy Fisher

**ORDER**

The Court, having reviewed the parties' stipulation and finding good cause therefor, hereby ORDERS as follows:

1. Plaintiff's opposition to Defendant's Motion to Dismiss (ECF No. 28) will be due on or before April 17, 2023.
2. Defendant's reply will be due on or before May 1, 2023.
3. The hearing on Defendant's motion will remain on June 15, 2023 at 2:00 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/20/2023

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE